UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

United States District Court
Southern District of Texas
FILED

JAN 14 2020

David J. Bradley, Clerk

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| v. | § | Criminal No. M-19-1296-S2 |
| | § | |
| LUIS ANGEL ROSAS-JIMENEZ | § | |
| also known as "Ferrari" | § | |
| | § | |
| JORGE ELIAS MARTINEZ-CARRILLO | § | |
| also known as "Orejon" | § | |
| VICTOR YAZMANI LUNA | § | |
| also known as Hector Bernal | § | |
| | § | |
| RICARDO SERNA | § | |
| FRANCISCO JAVIER ESCAMILLA-SALINAS | § | |
| also known as Guadalupe Gonzalez-Tamez | § | |

## SECOND SUPERSEDING INDICTMENT

THE GRAND JURY CHARGES:

### Count One

From on or about May 5, 2019 through on or about May 7, 2019, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

**LUIS ANGEL ROSAS-JIMENEZ**
also known as "Ferrari"

**JORGE ELIAS MARTINEZ-CARRILLO**
also known as "Orejon"
**VICTOR YAZMANI LUNA**
also known as Hector Bernal

while aiding and abetting one another and others did unlawfully and willfully seize, confine, kidnap, and abduct and otherwise hold for ransom, reward, or otherwise Jose Alfredo Eliserio, Jr. and Rolando Cruz, Jr., and in committing and in furtherance of the commission of the offense the

defendants did use a means, facility, and instrumentality of interstate and foreign commerce, namely a cellular phone.

In violation of Title 18, United States Code, Sections 1201(a)(1) and 2.

### Count Two

From on or about May 5, 2019 through on or about May 7, 2019, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**LUIS ANGEL ROSAS-JIMENEZ**
**also known as "Ferrari"**

did knowingly and intentionally conspire and agree together and with other persons known and unknown to the Grand Jurors, to possess with intent to distribute a controlled substance. The controlled substance involved was 100 kilograms or more of a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(B).

### Count Three

On or about May 7, 2019, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**JORGE ELIAS MARTINEZ-CARRILLO**
**also known as "Orejon"**

an alien who had previously been denied admission, excluded, deported and removed, knowingly and unlawfully entered, attempted to enter, and was at any time found in the United States, to wit: near Edinburg, Texas said defendant not having obtained the consent to reapply for admission into the United States from the Attorney General of the United States and Secretary of Homeland Security, the successor, pursuant to Title 6, United States Code, Sections 202(3), 202(4), and 557.

In violation of Title 8, United States Code, Sections 1326(a).

### Count Four

On or about May 1, 2019, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

**JORGE ELIAS MARTINEZ-CARRILLO**
also known as "Orejon"
**VICTOR YAZMANI LUNA**
also known as Hector Bernal
and
**RICARDO SERNA**

while aiding and abetting one another and others did unlawfully and willfully seize, confine, kidnap, and abduct and otherwise hold for ransom, reward, or otherwise Jose Alfredo Gomez also known as "Joey Prince" and Juan Andres Alvarez also known as "Blame," and in committing and in furtherance of the commission of the offense the defendants did use a means, facility, and instrumentality of interstate and foreign commerce, namely a cellular phone.

In violation of Title 18, United States Code, Sections 1201(a)(1) and 2.

### Count Five

On or about May 1, 2019, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

**JORGE ELIAS MARTINEZ-CARRILLO**
also known as "Orejon"
**VICTOR YAZMANI LUNA**
also known as Hector Bernal
and
**RICARDO SERNA**

did intentionally conspire and agree with other persons known and unknown to the Grand Jurors to seize and detain and threaten to kill, injure, or continue to detain Jose Alfredo Gomez also known as "Joey Prince" and Juan Andres Alvarez also known as "Blame" in order to compel a third person to pay money as an explicit or implicit condition for the release of the persons detained.

In violation of Title 18, United States Code, Section 1203(a).

### Count Six

On or about May 1, 2019, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

**JORGE ELIAS MARTINEZ-CARRILLO**
also known as "Orejon"

**VICTOR YAZMANI LUNA**
**also known as Hector Bernal**
**and**
**RICARDO SERNA**

aiding and abetting each other, did knowingly carry a firearm, during and in relation to a crime of violence for which they may be prosecuted in a court of the United States, namely, Hostage Taking in violation of Title 18 United States Code Section 1203(a).

All in violation of Title 18, United States Code, Sections 924(c)(1)(A)(i) and 2.

### Count Seven

On or about December 17, 2019, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**FRANCISCO JAVIER ESCAMILLA-SALINAS**
**also known as Guadalupe Gonzalez-Tamez**

an alien who had previously been denied admission, excluded, deported and removed, knowingly and unlawfully entered, attempted to enter, and was at any time found in the United States, to wit: near Edinburg, Texas said defendant not having obtained the consent to reapply for admission into the United States from the Attorney General of the United States and Secretary of Homeland Security, the successor, pursuant to Title 6, United States Code, Sections 202(3), 202(4), and 557.

In violation of Title 8, United States Code, Sections 1326(a) and 1326(b).

A TRUE BILL

_____
FOREPERSON

RYAN K. PATRICK
UNITED STATES ATTORNEY

_____
ASSISTANT UNITED STATES ATTORNEY